**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Robert Ward, Jr., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TrueAccord Corp., a Delaware )<br>limited liability company, )<br>)<br>    Defendant. ) | No.  1:25-cv-00508-RLY-MJD |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses his claims against the Defendant, with prejudice.

Dated: June 11, 2025

s/ David J. Philipps
One of Plaintiff's Attorneys

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 11, 2025, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically**.** Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.

| | |
|---|---|
| John T. Steinkamp<br>John Steinkamp & Associates<br>5214 S. East Street<br>Suite D1<br>Indianapolis, Indiana 46227 | john@johnsteinkampandassociates.com |

  Notice of this filing will be sent to the following parties via email, on June 11, 2025.

| | |
|---|---|
| Vanessa White, Paralegal<br>TrueAccord Corp.<br>16011 College Boulevard Suite 130<br>Lenexa, Kansas 66219U | vanessa.white@trueaccord.com |

s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com